NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                            Criminal Number  21 MJ 122 RMM

MATHEW CAPSEL
              (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Christopher M Davis    #385582
(Attorney & Bar ID Number)

Davis & Davis
(Firm Name)

1350 Connecticut Ave NW Ste 202
(Street Address)

Washington         DC         20036
(City)           (State)        (Zip)

(202) 234-7300
(Telephone Number)