AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

MATHEW CAPSEL

*Defendant*

)
)
) Case: 1:21-mj-00122
) Assigned to: Judge Robin M. Meriweather
) Assign Date: 1/19/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATHEW CAPSEL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Entering or remaining in any restricted building or grounds without lawful authority, in violation of 18 U.S.C. 1752 (a)(1) and (4); Forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with any any officer or employee of the United States, in violation of 18 U.S.C. § 111; Commited or attempted to commit any act to obstruct, impede, or interfere with law enforcement officer lawfully engaged in the lawful performance of his official duties, in violation 18 U.S.C. § 231 (a)(3).

Date: 01/19/2021

2021.01.19 17:43:23 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/26/2021, and the person was arrested on *(date)* 1/26/2021
at *(city and state)* _____

Date: 1/27/2021

*Arresting officer's signature*

Raymond B. Hurt, Supervisory Senior Resident Agent
*Printed name and title*