# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-MJ-00122 (RMM)** |
| : | |
| **MATHEW CAPSEL,** : | |
| **Defendant.** : | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, by and through his attorney, Christopher Davis, respectfully files this Motion to Modify his Conditions of Release in the above-captioned matter. In support thereof, the defendant states as follows:

On January 19, 2021, the defendant was arrested and charged by Criminal Complaint with one count of Obstruction, in violation of 18 U.S.C. § 243(a)(3); Assault, in violation of 18 U.S.C. § 111, and Unlawful Entry on Capitol Grounds, violation of 18 U.S.C. § 1752(a)(1) and (4). On February 5, 2021, by agreement of the parties, the Honorable Judge Meriweather ordered that the defendant remain on release subject to continued home detention/electronic monitoring. A preliminary hearing is now set for June 4, 2021. The parties anticipate resolving this matter short of indictment. However, to date, no plea offers have been extended in any of the Capitol rioter cases.

The defendant works for OSMOSE Utility Services in Illinois.[1] Mr. Caspel is a "crew member" who is required to travel to different job locations, throughout the state, for two to

---

[1] Osmose Utilities Services, Inc. is an 80-year strong company that specializes in providing services to the utility and telecommunications industries on a national scale.

three-week jobs.[2]  Mr. Capsel has not been able to work since his arrest.  While under electronic monitoring/home detention, he is not allowed to sleep anywhere other than at his designated residence, now his mother's home.  This prevents him from travelling to different job sites every two to three weeks.  When he reports to a job site, the "crew" and its foreman are required to stay in hotels until the job is completed, coming home on some but not all weekends.

Mr. Caspel can return to his job at OSOMES if the court removes his condition of electronic monitoring, and in lieu thereof, impose a 10 PM to 6 AM curfew.  The defendant's foreman, Devvon Jefferson (his telephone number can be provided to PTS), has agreed to respond to spot checks by PTS to verify that the defendant is on a specific job site.  Mr. Caspel can be required to notify PTS when he leaves for a specific job site, notify PTS when he returns home from a specific job site, and report by telephone once a week.

The defendant is only 27 years old, however, he is financially responsible for his three young children. Although the children live with their mother, the defendant remains an active participant in their lives.  He needs to work, not only for his own wellbeing, but for that of his children.

The government, by it representative, Kenya Davis, AUSA, opposes removal of the electronic monitoring device.  The defense submits that electronic monitoring is not necessary given the facts of Mr. Caspel's case.  He did not enter the Capitol and he essentially pushed a group of national guardsmen for about 5 seconds.  This incident was captured on video.

---

[2] Crew members enjoy travel, working outdoors, and performing very physical work. Our crews assist Foreman with pole inspection, treatment, and restoration. As a Osmose crew member, you will utilize special equipment to excavate ground material around utility poles and apply wood preservatives to the ground line area of a pole. Crew members also drive steel into the ground to help restore poles, and they help to install steel trusses to deteriorated wood poles.

Wherefore, the parties respectfully request that the Court remove the condition of electronic monitoring/home detention and in lieu thereof, impose a curfew of 10 PM to 6 AM, with telephonic reporting requirements as described above.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Counsel for Mathew Capsel

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served upon all counsel of record via the Court's CM/ECF System on this 6th day of April 2021.

_____/s/_____
Christopher M. Davis