**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 21-MJ-00122(RMM)** |
| : | |
| **MATHEW CAPSEL,** : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the Preliminary Hearing currently scheduled for July 6, 2021 is continued for good cause to 1:00 p.m. on August 11, 2021, before Magistrate Judge Robin M. Meriweather; It is further

ORDERED that pursuant to the representations made by the parties, the time between July 6, 2021 and August 11, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

_____
The Honorable Judge G. Michael Harvey
United States Magistrate Judge