# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-MJ-00122(RMM)** |
| : | |
| **MATHEW CAPSEL,** : | |
| Defendant. : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the Preliminary Hearing currently scheduled for August 11, 2021 shall be VACATED, as Defendant has previously waived his right to a preliminary hearing (*see* Feb. 4, 2021 Minute Entry). It is further

ORDERED that the parties shall appear for a Status Hearing at 1:00 p.m. on September 13, 2021, before Magistrate Judge Zia M. Faruqi. It is further

ORDERED that based on the representations made by the parties the time from August 11, 2021 through September 13, 2021 shall be excluded in computing the date for speedy trial in this case. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

August 11, 2021

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge