# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 21-MJ-122** |
| **MATTHEW CAPSEL,** | : | |
| Defendant. | | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that Assistant United States Attorney Elizabeth

Rogers hereby enters his appearance in the above referenced matter.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:    */s/ Elizabeth Rogers*
       Elizabeth Rogers
       Assistant United States Attorney
       Tennessee Bar #: 33004
       167 N. Main Street, Suite 800
       Memphis, TN 38103
       (901) 218-5438
       elizabeth.rogers@usdoj.gov

## CERTIFICATE OF SERVICE

On this 18th day of January 20212, a copy of the foregoing was served upon all parties
listed on the Electronic Case Filing (ECF) System.

*/s/ Elizabeth Rogers*
ELIZABETH ROGERS
Assistant United States Attorney